JOHN R. SOMMER (SBN 106355)
ATTORNEY-AT-LAW
17426 Daimler Street
Irvine, California 92614
(949) 752-5344, Fax: (949) 752-5439

Attorneys for Plaintiff
ERIK BRUNETTI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ERIK BRUNETTI,

              Plaintiff,

        v.

WARNER MUSIC GROUP CORP.;
RHYMESAYERS ENTERTAINMENT
LLC; MICHAEL PERRETTA;

              Defendants.

Case No.: **CV11-07483 DSF (CWx)**

COMPLAINT FOR:

1. COPYRIGHT INFRINGEMENT (17 U.S.C. §106);

2. FAILURE TO ATTRIBUTE (17 U.S.C. §106A);

3. FALSE DESIGNATIONS OF ORIGIN AND FALSE DESCRIPTIONS (15 U.S.C. § 1125(a)); and

4. UNFAIR COMPETITION AND UNFAIR PRACTICES (Cal. Bus. & Prof. Code §§17200-17208).

DEMAND FOR JURY TRIAL

Plaintiff ERIK BRUNETTI ("Plaintiff"), by his attorney, avers as follows:

## JURISDICTION AND VENUE

    1.    This is a civil action for copyright infringement and failure to attribute arising under the Copyright Act of 1976 as amended (17 U.S.C. §101, *et seq.*, the "Copyright Act"), the United States Trademark Act of 1946 as amended (15 U.S.C. §1051, *et seq.*, the "Lanham Act"), and the statutory and common law of the State of

1  California relating to unfair competition (California Business & Professions Code

2  §§17200-17208, 17500, *et seq.*).

3       2.      This Court has subject-matter jurisdiction of this action pursuant to 28

4  U.S.C. §§1331, 1338 and 1367, and 15 U.S.C. §1121, as it involves claims arising

5  under the Copyright Act, the Lanham Act, and substantially related claims for unfair

6  competition.  This Court has supplemental subject-matter jurisdiction over all other

7  claims pursuant to 28 U.S.C. §1367 because they are so related that they form part of

8  the same case or controversy.

9       3.      This Court has personal jurisdiction over the defendants in that they are

10  doing business in the State of California and the Central District of California, they

11  purposefully availed themselves of the benefits of doing business in California, they

12  have committed acts of infringement in this District, and they are intentionally

13  committing the acts hereinafter alleged in this State and the Central District of

14  California or directed against Plaintiff who resides in this State and such District.

15      4.      Venue for this action is proper in the Central District of California

16  pursuant to 28 U.S.C. §1391(b) in that a substantial part of the events giving rise to

17  the claim occurred in the Central District of California.

18

19                              **PARTIES**

20      5.      Plaintiff is an individual who is a citizen of California, having his

21  principal place of business within the Central District of California.

22      6.      Plaintiff is informed and believes that Defendant Warner Music Group

23  Corp. ("Warner") is the distributor for Defendant RhymeSayers Entertainment LLC,

24  and therefore, distributor of the album and single with the infringing cover, as

25  hereinafter averred.  Plaintiff is further informed and believes that Warner is admitted

26  to do business in California and has a registered agent in California.  Plaintiff is

27  further informed and believes that Warner has purposefully availed itself of the

28  benefits of California law by, among other activities, holding business meetings in

California, soliciting clients and customers in California, and selling a substantial quantity of products in California.

7.    Plaintiff is informed and believes that Defendant RhymeSayers Entertainment LLC ("Rhymesayers"), is the label for Defendant Michael Perretta and specifically for his *Cats and Dogs* album and his *Evidence You* single, as hereinafter averred.  Plaintiff is further informed and believes that Rhymesayers has purposefully availed itself of the benefits of California law by, among other activities, holding business meetings in California, soliciting clients and customers in California, and selling a substantial quantity of products in California.

8.    Defendant Michael Perretta is an individual residing in the Central District of California, doing business as "Evidence" and is subject to personal jurisdiction in the State of California.

## ALLEGATIONS IN SUPPORT OF ALL CLAIMS
### Plaintiff's Copyrights

9.    Plaintiff is the original and sole author of the work titled *Lost (MOCA)*, created by Plaintiff at the Museum of Contemporary Art (MOCA) in Los Angeles in 2011.  Photographs illustrating such work are attached hereto as Exhibit "A." Therefore, Plaintiff is the owner of the copyright in such work.  The work was prominently displayed as part of MOCA's "Art in the Street" show.

10.    Plaintiff applied for registration of his copyright in the Work with the Copyright Office on August 24, 2011.  A copy of such application is attached hereto as Exhibit "A."

### Defendants' Infringement

11.    Defendant Perretta knows Plaintiff.  Defendant Perretta saw Plaintiff's Work at the MOCA.  He was photographed standing in front of the Work and posted such photograph online.  Exhibit "B."  Defendant Perretta copied Plaintiff's Work and

1  incorporated into a cover for a musical album entitled *Cats and Dogs* (the "Album"),

2  scheduled for release on September 27, 2011.  Defendant Perretta also copied

3  Plaintiff's Work for the cover of Defendant Perretta's single *Evidence You* (the

4  "Single"), released September 2, 2011.  Copies of these infringements are attached as

5  Exhibit "C."

6      12.    Defendant Rhymesayers is the label for the Album and the Single.

7  Plaintiff is informed and believes, and thereupon avers that Warner is the distributor

8  for Defendant Rhymesayers (and therefore, for the Album and the Single).  Plaintiff is

9  further informed and believes that Defendant Warner has printed, offered for sale and

10 sold the Single and will print, offer for sale and sell the Album.

11     13.    Plaintiff objected to Defendants' unauthorized use and infringement of

12 Plaintiff's Work prior to the release date of the Album.  Plaintiff was not aware of the

13 Defendants' infringement of the Plaintiff's Work on the Single until after the Single

14 was released.

15     14.    Defendants reproduced and copied Plaintiff's Copyrighted Work without

16 his consent by using it on the cover for Defendants' Album and Single.  Plaintiff is

17 informed and believes, and thereupon avers that Defendants have and intend to

18 manufacture, offer for sale and sell infringing albums and singles that bear the

19 infringing cover art.

20     15.    Plaintiff is informed and believes, and thereupon avers, that Defendants'

21 fail to disclose on the Album and the Single that cover is based upon an unauthorized

22 reproduction, with unauthorized modifications of Plaintiff's Work.  Such false and

23 misleading statements have been or will be made in California or to consumers in

24 California, and are made on goods that have been or will be knowing distributed by

25 Defendants in California and in commerce.

26     16.    Plaintiff is informed and believes, and thereupon avers, that Defendants

27 will infringe Plaintiff's Work, sell Albums and have sold Singles bearing the

28

1   infringing covers, make false and misleading statements about its products and the

2   origin of the Album and Single cover art.

3       17.     Plaintiff lacks an adequate remedy at law.  Accordingly, Defendants

4   should be preliminarily and permanently enjoined from reproducing or distributing

5   products the Album and the Single, and bearing infringing cover art.

6

7                        **FIRST CLAIM FOR RELIEF**

8                        **(For Copyright Infringement)**

9                        **(Against All Defendants)**

10      18.     Plaintiff incorporates herein by reference the averments of the proceeding

11  paragraphs as though fully set forth herein.

12      19.     Plaintiff has applied to register its copyright in Plaintiff's Work.

13      20.     Defendants have used, and will use, without authorization from Plaintiff,

14  reproductions and copies of Plaintiff's Work.  Defendants have created unauthorized

15  derivative works and reproduced such unauthorized derivative works without

16  authorization, including Defendants' Album, scheduled for release on September 27,

17  2011, and Defendants' Single, apparently released on September 2, 2011, in violation

18  of the Copyright Act, 17 U.S.C. Section 101, *et seq.*, specifically Section 106.

19      21.     Defendants reproduced and copied Plaintiff's Work without Plaintiff's

20  permission.  Such reproduction and copying is an infringement of Plaintiff's

21  copyright.

22      22.     Plaintiff is informed and believes that it suffered damages due to

23  Defendant' acts of infringement and that Defendant will earned profits from his

24  infringing acts.

25      23.     Plaintiff has demanded that Defendants cease all use of their

26  infringement of Plaintiff's Work.  To date, Defendants have failed to do so.  To the

27  contrary, one Defendant has threatened to sue Plaintiff in Minnesota and New York.

28      24.     Plaintiff has no adequate remedy at law.

C:\JRSlaw\Brunetti\Album\Brunetti.complaint.final.doc          -5-

## SECOND CLAIM FOR RELIEF

### (For Failure to Attribute (17 U.S.C. Section 106A))

### (Against All Defendants)

25.    Plaintiff incorporates herein by reference the averments of the proceeding paragraphs as though fully set forth herein.

26.    Plaintiff has applied to register its copyright in Plaintiff's Work, although registration is a not a prerequisite to a Section 106A claim.

27.    Defendants have used, without attribution of Plaintiff as the author, Plaintiff's Work  on Defendants' Album and Single, in violation of the Copyright Act, 17 U.S.C. Section 101, *et seq.*, specifically Section 106A.

28.    Defendant reproduced and copied Plaintiff's Work without attribution without Plaintiff's permission.  Such reproduction and copying is an infringement of Plaintiff's right of attribution under Section 106A.

29.    Plaintiff is informed and believes that it suffered damages due to Defendants' acts and that Defendants earned profits from their infringements.

30.    Plaintiff has demanded that Defendants cease all their unattributed use of Plaintiff's Work.  To date, Defendants have not agreed to do so.

31.    Plaintiff has no adequate remedy at law.

## THIRD CLAIM FOR RELIEF

### (For False Designation of Origin and False Descriptions)

### (Against All Defendants)

32.    Plaintiff incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

33.    Plaintiff is informed and believes, and thereupon avers that Defendants' Album and Single falsely and misleadingly fails to state that the cover art is a copy of Plaintiff's Work and that it falsely and misleading fails to state that it is an authorized

1    reproduction and an unauthorized derivative work that modifies Plaintiff's Work,

2    without Plaintiff's permission.

3        34.    Defendants have, by reason of the foregoing, used on or in connection

4    with goods or the container for goods, in commerce, words that are a false designation

5    of origin, false or misleading description of fact, and false or misleading

6    representation of fact that is likely to deceive as to the affiliation, connection or

7    association, or lack thereof, and misrepresents the nature, characteristics, qualities of

8    Defendants' goods and commercial activities by the acts herein alleged.  Such acts

9    will continue unless restrained by this Court.

10       35.    Defendants' acts have damages Plaintiff and have otherwise adversely

11   affected Plaintiff's reputation and business by use of unfair and fraudulent business

12   practices in violation of Section 43(a) of the Lanham Act, 15 U.S.C. Section 1125 (b).

13       36.    Defendants' acts have caused and, unless restrained by this Court, will

14   continue to cause Plaintiff to suffer great and irreparable damage and injury.

15       37.    If Defendants' acts do not immediately cease, Plaintiff will suffer loss of

16   profits and other damage as a result, in an amount to be proven at trial.

17       38.    Plaintiff has no adequate remedy at law.

18

19   **FOURTH CLAIM FOR RELIEF**

20   **(For Unfair Competition and Unfair Practices)**

21   **(Against All Defendants)**

22       39.    Plaintiff incorporates herein by reference the averments of the preceding

23   paragraphs as though fully set forth herein.

24       40.    Plaintiff is informed and believes, and thereupon avers that Defendants'

25   Album and Single states that the cover art was created by persons other than Plaintiff

26   and fails to state that Defendants or their agents have modified Plaintiff's Work

27   without permission.

28

41.     Defendants have, by reason of the foregoing, engaged in unfair and
fraudulent business practices by the acts herein alleged.  Such acts will continue
unless restrained by this Court.

42.     Defendants' acts have or will damage Plaintiff and have otherwise
adversely affected Plaintiff's reputation and business by use of unfair and fraudulent
business practices in violation of California Business & Professions Code, including
Sections 17200 to 17208, 17500, *et seq.*, and the common law.

43.     Defendants' acts have caused and, unless restrained by this Court, will
continue to cause Plaintiff to suffer great and irreparable damage and injury.

44.     If Defendants' acts do not immediately cease, Plaintiff will suffer loss of
profits and other damage as a result, in an amount to be proven at trial.  However, on
the statutory unfair competition claim, Plaintiff seeks only disgorgement of profits and
does not seek damages at law.

45.     Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Erik Brunetti prays for the following relief against
Defendants Warner Music Group Corp., Rhymesayers Entertainment, LLC, and
Michael Perretta:

A.     A preliminary and permanent injunction against Defendants'

    i)      the unauthorized reproduction or distribution of Plaintiff's Work;

    ii)     the failure to attribute Plaintiff as the author of Plaintiff's Work;

    iii)    making of unauthorized derivative works of Plaintiff's Work;

    iv)     the false designation of origin, false or misleading description or
        representation of fact; and

    v)      the unfair and unlawful business practices.

B.     An order that Defendants recall and destroy all products that contain
unauthorized reproductions or infringements of Plaintiff's Work or that

1    do not properly attribute Plaintiff as the author of the Copyrighted

2    Works, or that otherwise contain false designations of origin, false or

3    misleading description or representations or otherwise were

4    manufactured, sold or offered for sale in violation of law, including but

5    not limited to the *Cats and Dog* Album and the *Evidence You* Single;

6    C.    An award of Defendants' profits from their infringing products and of

7    Plaintiff's damages;

8    D.    In Plaintiff's discretion, statutory damages pursuant to 17 U.S.C. Section

9    504(c) on the Section 106A claim of $150,000 per infringed work;

10    E.    An award that Plaintiff recover its attorneys' fees on the Section 106A

11    claim if he is the prevailing party;

12    F.    An award that Plaintiff recover its taxable costs and disbursements

13    herein;

14    G.    Such other and further relief granted to Plaintiff as the Court deems just

15    and proper.

16

17    Dated:  September 12, 2011                    JOHN R. SOMMER
                                                     ATTORNEY-AT-LAW
18

19                                                  _____
                                                          John R. Sommer
20                                                  Attorneys for Plaintiff
                                                    ERIK BRUNETTI
21

22

23

24

25

26

27

28

C:\JRSlaw\Brunetti\Album\Brunetti.complaint.final.doc                    -9-

## DEMAND FOR JURY TRIAL

Plaintiff Erik Brunetti hereby demands trial by jury of all issues that are so triable.

Dated: September 12, 2011

JOHN R. SOMMER
ATTORNEY-AT-LAW

John R. Sommer
Attorneys for Plaintiff
ERIK BRUNETTI

# *-APPLICATION-*

## Title

**Title of Work:** Lost (MOCA)

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** Erik Brunetti

  **Author Created:** 2-D artwork, sculpture

  **Citizen of:** United States          **Domiciled in:** United States

  **Year Born:** 1967

## Copyright claimant

**Copyright Claimant:** Erik Brunetti

17426 Daimler Street, Irvine, CA, 92614, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork, sculpture

## Certification

**Name:** John R. Sommer

**Date:** August 24, 2011

**Applicant's Tracking Number:** Brunetti - Lost (MOCA)

EXHIBIT A

Page 1 of 1

11

**Registration #:**

**Service Request #:** 1-652157761

**Priority:** Routine                    **Application Date:** August 24, 2011 12:49:18 AM

**Note to C.O.:** Pre-existing lost pet flyers not claimed, except as included in collage artwork. The deposited photographs show the work (the people shown in the photographs are not part of the work).

## Correspondent

**Organization Name:** John R. Sommer, Attorney-at-Law

**Name:** John R. Sommer

**Email:** sommer@stussy.com                    **Telephone:** 949-752-5344

**Address:** 17426 Daimler Street
Irvine, CA 92614 United States

**Fax:** 949-752-5439

## Mail Certificate

John R. Sommer, Attorney-at-Law
John R Sommer
17426 Daimler Street
Irvine, CA 92614  United States



13



14





16





**mrevidence**                                                    ⊙14w

♡ **69 likes**

**mrevidence** Missing Cats & Dogs .



EXHIBIT B

17



EXHIBIT C

18



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

## CV11- 7483 DSF (CWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
John R. Sommer (SBN 106355)
17426 Daimler Street, Irvine CA 92614
(949) 752-5344; Fax: (949) 752-5439

Attorney for Plaintiff ERIK BRUNETTI

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK BRUNETTI<br><br>PLAINTIFF(S)<br><br>v.<br><br>WARNER MUSIC GROUP CORP.;<br>RHYMESAYERS ENTERTAINMENT LLC;<br>MICHAEL PERRETTA;<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11-07483 DSF (CWx)**<br><br>**SUMMONS** |

TO:     DEFENDANT(S): <u>WARNER MUSIC GROUP CORP.; RHYMESAYERS ENTERTAINMENT LLC;</u>
<u>MICHAEL PERRETTA</u>

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _____, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: <u>September 12, 2011</u>                By: ROLLS ROYCE PASCHAL _____
                                                                                Deputy Clerk

                                                                          *(Seal of the Court)*              1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ERIK BRUNETTI

**DEFENDANTS**
WARNER MUSIC GROUP CORP.; RHYMESAYERS ENTERTAINMENT LLC; MICHAEL PERRETTA

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

John R. Sommer (SBN 106355)
17426 Daimler Street, Irvine, CA 92614
(949) 752-5344; (949) 752-5439

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Act, 17 U.S.C. Sections 106, 106A

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   **CV11-07483 DSF (CWx)**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)

CIVIL COVER SHEET

Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____    Date September 12, 2011

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |